UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN WOODARD, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

RAYMOND JAMES FINANCIAL, INC., THOMAS A. JAMES, and JEFFREY P. JULIEN,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/09

09 CV 5347 (RPP)

ECF CASE

### [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

IT IS HEREBY ORDERED, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), that:

1. The Louisiana School Employees' Retirement System is appointed Lead Plaintiff in this securities class action; and

2. The Court approves the Lead Plaintiff's selection of the law firm of Grant & Eisenhofer P.A. as Lead Counsel for the plaintiff class.

DATED: _September 1, 2009_     _____
                                                                     UNITED STATES DISTRICT JUDGE