IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WOODARD, individuals and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND JAMES FINANCIAL, INC., THOMAS A. JAMES, JEFFREY P. JULIEN, STEVEN RANEY, and MARK MOODY,<br><br>Defendants. | Civil Action No. 09-cv-05347 (RPP) |

## NOTICE OF DEFENDANTS' MOTION
## TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE, that, upon the accompanying Memorandum of Law dated January 22, 2010, Declaration of Nicholas J. Panarella, and the documents attached thereto, Defendants Raymond James Financial, Inc., Thomas A. James, Jeffrey P. Julien, Steven Raney, and Mark Moody will move this Court at a date and time to be determined by the Court, or as soon thereafter as counsel may be heard, at United States District Court, Southern District of New York, Daniel Patrick Moynihan Court House, 500 Pearl Street, New York, NY, 10007 before the Honorable Judge Patterson for an Order dismissing the Amended Complaint pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, along with such other and further relief as this Court deems proper.

DATED:   New York, New York
         January 22, 2010

                                        KELLEY DRYE & WARREN LLP

                                        By: _____
                                            John M. Callagy
                                            Nicholas J. Panarella
                                            Joel A. Hankin
                                            Melissa E. Byroade
                                        101 Park Avenue
                                        New York, NY 10178
                                        212-808-7800

                                        *Attorneys for Defendants Raymond James Financial, Inc., Thomas A. James, Jeffrey P. Julien, Steven Raney, and Mark Moody*