IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WOODARD, individuals and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>RAYMOND JAMES FINANCIAL, INC., THOMAS A. JAMES, JEFFREY P. JULIEN, STEVEN RANEY, and MARK MOODY,<br><br>　　　　　Defendants. | Civil Action No. 09-cv-05347 (RPP) |

**DECLARATION OF NICHOLAS J. PANARELLA IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

　　　　Nicholas J. Panarella, under penalty of perjury, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

　　　　1.　　　I am a member of the law firm of Kelley Drye & Warren LLP, counsel for Defendants Raymond James Financial, Inc. ("RJF"), Thomas A. James, Jeffrey P. Julian, Steven Raney, and Mark Moody (collectively with RJF, the "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

　　　　2.　　　Attached hereto as Exhibit 1 is a true and correct copy of a press release issued by RJF on January 23, 2008.

　　　　3.　　　Attached hereto as Exhibit 2 is a true and correct copy of a transcript of RJF's quarterly earnings conference call held on January 24, 2008, as transcribed at

http://seekingalpha.com/article/61577-raymond-james-financial-inc-f1q08-qtr-end-12-31-07-earnings-call-transcript.

4. Attached hereto as Exhibit 3 is a transcript of John C. Dugan's remarks before the Florida Bankers Association on January 31, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of RJF's Form 10-Q for the fiscal quarter ending December 31, 2007, filed on February 11, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of a press release issued by RJF on March 11, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of Raymond James & Associates, Inc. "Monthly Economic Outlook" published on March 13, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of Raymond James & Associates, Inc. "Monthly Economic Outlook" published on April 10, 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of a press release issued by RJF on April 22, 2008.

10. Attached hereto as Exhibit 9 is a true and correct copy of a transcription of an appearance by Thomas James on CNBC on April 22, 2008.

11. Attached hereto as Exhibit 10 is a true and correct copy of a transcript of RJF's quarterly earnings conference call held on April 23, 2008, as transcribed at http://seekingalpha.com/article/73691-raymond-james-financial-inc-f2q08-qtr-end-03-31-08-earnings-call-transcript.

12. Attached hereto as Exhibit 11 is a true and correct copy of presentation materials used by RJF on April 25, 2008.

13. Attached hereto as Exhibit 12 is a true and correct copy of RJF's Form 10-Q for the fiscal quarter ending March 31, 2008, filed on May 12, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of a press release issued by RJF on July 22, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of a transcription of an appearance by Thomas James on CNBC on July 22, 2008.

16. Attached hereto as Exhibit 15 is a true and correct copy of a transcript of RJF's quarterly earnings conference call held on July 23, 2008, as transcribed at http://seekingalpha.com/article/86664-raymond-james-financial-inc-f3q08-qtr-end-06-30-08-earnings-call-transcript.

17. Attached hereto as Exhibit 16 is a true and correct copy of RJF's Form 10-Q for the fiscal quarter ending June 30, 2008, filed on August 11, 2008.

18. Attached hereto as Exhibit 17 is a true and correct copy of a press release issued by RJF on September 25, 2008.

19. Attached hereto as Exhibit 18 is a true and correct copy of a press release issued by RJF on October 21, 2008.

20. Attached hereto as Exhibit 19 is a true and correct copy of a transcript of RJF's quarterly earnings conference call held on October 22, 2008, as transcribed at

http://seekingalpha.com/article/101884-raymond-james-financial-inc-f4q08-qtr-end-09-22-08-earnings-call-transcript.

21.     Attached hereto as Exhibit 20 is a true and correct copy of a press release issued by RJF on November 11, 2008.

22.     Attached hereto as Exhibit 21 is a true and correct copy of Jeffrey Julien's Form 4, dated November 25, 2008.

23.     Attached hereto as Exhibit 22 is a true and correct copy of RJF's Form 10-K for the fiscal year ending September 30, 2008, filed on November 26, 2008.

24.     Attached hereto as Exhibit 23 is a true and correct copy of Jeffrey Julien's Form 4, dated December 17, 2008.

25.     Attached hereto as Exhibit 24 is a true and correct copy of Thomas A. James' Form 4, dated March 3, 2009.

26.     Attached hereto as Exhibit 25 is a true and correct copy of RJF's Proxy Statement on Schedule 14A dated January 4, 2009.

27.     Attached hereto as Exhibit 26 is a true and correct copy of a press release issued by RJF on January 21, 2009.

28.     Attached hereto as Exhibit 27 is a true and correct copy of a transcript of RJF's quarterly earnings conference call held on January 22, 2009, as transcribed at http://seekingalpha.com/article/115991-raymond-james-financial-inc-f1q09-qtr-end-12-31-08-earnings-call-transcript.

29. Attached hereto as Exhibit 28 is a true and correct copy of RJF's Form 10-Q for the fiscal quarter ending December 31, 2008, filed on February 9, 2009.

30. Attached hereto as Exhibit 29 is a true and correct copy of a press release issued by RJF on April 14, 2009.

31. Attached hereto as Exhibit 30 is a true and correct copy of a press release issued by RJF on April 22, 2009.

32. Attached hereto as Exhibit 31 is a true and correct copy of RJF's Form 10-Q for the fiscal quarter ending March 31, 2009, filed on May 12, 2009.

33. Attached hereto as Exhibit 32 is a true and correct copy of presentation materials used by RJF on May 12, 2009.

34. Attached hereto as Exhibit 33 is a true and correct copy of RJF's Form 10-Q for the fiscal quarter ending June 30, 2009, filed on August 10, 2009.

35. Attached hereto as Exhibit 34 is a true and correct copy of RJF's Form 10-K for the fiscal year ending September 30, 2009, filed on November 30, 2009.

36. Attached hereto as Exhibit 35 is a report of historical stock prices of RJF from April 1, 2008 through April 30, 2009. This report was obtained from Yahoo! Finance at http://finance.yahoo.com/q/hp?s=RJF.

37. Attached hereto as Exhibit 36 is a report of RJF's closing stock price on January 21, 2010. This report was obtained from Yahoo! Finance at http://finance.yahoo.com/q/hp?s=RJF.

38. Attached hereto as Exhibit 37 is a true and correct copy a chart reflecting changes in price of certain indexes (DJI, SPX, BIX and BKX) from April 22, 2008 through April 14, 2009. This report was obtained from finance.yahoo.com.

_____
Nicholas J. Panarella

1396614