IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WOODARD, individuals and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>RAYMOND JAMES FINANCIAL, INC., THOMAS A. JAMES, JEFFREY P. JULIEN, STEVEN RANEY, and MARK MOODY,<br><br>        Defendants. | Civil Action No. 09-cv-05347 (RPP) |

**DECLARATION OF NICHOLAS J. PANARELLA
IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS**

Nicholas J. Panarella, under penalty of perjury, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1.   I am a member of the law firm of Kelley Drye & Warren LLP, counsel for Defendants Raymond James Financial, Inc. ("RJF"), Thomas A. James, Jeffrey P. Julien, Steven Raney, and Mark Moody (collectively with RJF, the "Defendants"). I submit this declaration in further support of Defendants' Motion to Dismiss, and to supplement my declaration filed on January 22, 2010.

2.   Attached hereto as Exhibit 38 is a true and correct copy of RJF's proxy statement and Notice of Annual Meeting of Shareholders dated December 31, 2009.

3.   Attached hereto as Exhibit 39 is a true and correct copy of the Statement of Changes in Beneficial Ownership signed by Dennis Zank on September 3, 2008.

2

4.  Attached hereto as Exhibit 40 is a true and correct copy of RJF's proxy statement and Notice of Annual Meeting of Shareholders dated January 5, 2009.

Executed this 16th day of April, 2010
New York, NY

_____
Nicholas J. Panarella

NY01/BYROM/1411081.2