```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/10
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN WOODWARD, individually and on behalf
of all others similarly situated,

                       Plaintiff,

      -against-

RAYMOND JAMES FINANCIAL, INC.,
THOMAS A. JAMES, JEFFREY P. JULIEN,
STEVEN RANEY, and MARK MOODY,
                    Defendants.
------------------------------------------------------------X

09 **CIVIL** 5347 (RPP)

**JUDGMENT**

Defendants having moved to dismiss, and the matter having come before the Honorable Robert P. Patterson, United States District Judge, and the Court, on August 16, 2010, having rendered its Opinion and Order granting defendants' motion to dismiss, and dismissing the amended complaint without prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 16, 2010, defendants' motion to dismiss is granted, and the amended complaint is dismissed without prejudice.

**Dated:** New York, New York
        August 19, 2010

                                          **RUBY J. KRAJICK**
                                             **Clerk of Court**
                        BY:
                                               **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____